IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ITZHAIRA G. CARRASCO-RONDON

    Plaintiff.

                                    CIVIL No.: 23-cv-01146(RAM)

v.

**ALEJANDRO MAYORKAS**, in his
official capacity as Secretary
of the Department of Homeland Security,
**GARRETT J. RIPA,** in an official capacity
as ICE Miami Field Office Director,
    Defendants,

MOTION TO WITHDRAW REQUEST FOR PRELIMINARY INJUNCTION

**TO THE HONORABLE COURT:**

1. Pending before the Court is Plaintiff's Motion for Preliminary Injunction. (ECF#2) The Preliminary Injunction is requesting an order from the Court, prohibiting defendants from removing Plaintiff's husband from from the United States, until Plaintiff's Declaratory Relief is pending before the Court. (Id)

2. On March 29, 2023, the Court ordered Defendants to file a response on or before 4/12/2023, to Plaintiff's Motion for Preliminary In junction. (ECF# 7)

3. Yesterday, the attorney for the government sent to the undersigned a copy of the Cancelled Expedited Removal Order of Plaintiff's husband. (See Attachment #1)

4. Such action essentially stays Plaintiff's husband removal from the United States.

5. Plaintiff understands that her Request for Preliminary Injunction, is now moot.

WHEREFORE, Plaintiff respectfully Withdraws her Request for Preliminary Injunction at ECF# 2, leaving in place her request for declaratory relief.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico on April 11, 2023.

**I hereby inform:** That on this date, I have filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system.

S/RAYMOND L. SANCHEZ MACEIRA
USDC: 211405
PO BOX 191972
SAN JUAN, P.R 00919
TEL 721-3370/ FAX 721-4706
SANCHEZLAW264@GMAIL.COM