U.S. Department of Homeland Security — Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event No: RAM2212000014
File No: A220 952 341
Date: December 27, 2021

In the Matter of: CRISTIAN ULLOA-DIAZ

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act; to wit; you entered the United States illegally by boat near Mayaguez, Puerto Rico on December 27, 2021 at approximately 1:00 AM with the intent to reside and seek employment in Rio Piedras, PR.

EMMANUEL ROMAN
BORDER PATROL AGENT
Name and title of immigration officer (Print) — Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

EMMANUEL ROMAN
BORDER PATROL AGENT
Name and title of immigration officer (Print) — Signature of immigration officer

LUIS J. REYES
PATROL AGENT IN CHARGE
Name and title of supervisor (Print) — Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 12/27/2021
(Date)

Signature of immigration officer

Form I-860 (Rev. 08/01/07)